FREDERICK J. FOLDEAK ET AL. *v.* FRANK INCERTO ET AL.

The petition by the defendants for certification for appeal from the Appellate Division of the Circuit Court is denied.

*Francis J. DiScala,* in support of the petition.

*Thomas A. Flaherty,* in opposition.

Submitted July 16—decided September 23, 1970

STATE OF CONNECTICUT *v.* ONE RED M. G. CONVERTIBLE

The petition by the defendant for certification for appeal from the Appellate Division of the Circuit Court is denied.

*Theodore I. Koskoff,* in support of the petition.

Submitted July 16—decided September 23, 1970

MARCEL DREIFUSS ET AL. *v.* WORLD ART GROUP, INC.

The petition by the defendant for certification for appeal from the Appellate Division of the Circuit Court is denied.

*Sidney Vogel,* in support of the petition.

*Benson A. Snaider,* in opposition.